# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THE DAUPHIN COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY | : | No. 904 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | : | |
| PPL ELECTRIC UTILITIES, INC. | : | |
| Intervenor | : | |
| FIRST ENERGY SOLUTIONS, | : | |
| Intervenor | : | |

PETITION OF: PENNSYLVANIA PUBLIC UTILITY COMMISSION

| | | |
|---|---|---|
| THE DAUPHIN COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY | : | No. 905 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | : | |
| PPL ELECTRIC UTILITIES, INC. | : | |
| Intervenor | : | |
| FIRST ENERGY SOLUTIONS, | : | |
| Intervenor | : | |

PETITION OF:  PPL ELECTRIC
UTILITIES, INC.,    Intervenor

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.